CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 10 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MALCOLM MUHAMMAD, ) | Civil Action No. 7:16-cv-00328 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **FINAL ORDER** | |
| ) | | |
| EARL BARKSDALE, <u>et al.</u>, ) | By: Hon. Jackson L. Kiser | |
| Defendants. ) | Senior United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Plaintiff's objections are **OVERRULED**; the report and recommendation is **ADOPTED**;

Defendants' motion for summary judgment is **GRANTED**; and the action is **STRICKEN** from

the active docket.

ENTER: This 10th day of July, 2018.

/s/ Jackson L. Kiser
Senior United States District Judge